**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE  DIVISION**

NICOLE MOORE,
        Plaintiff,


VS                                Case No. 1:17-cv-187-MW/GRJ



GOSAI, LLC,
          Defendant,


**JUDGMENT**


Ordered and Adjudged the parties are ordered to comply with their settlement agreement.  All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.



                                   JESSICA J. LYUBLANOVITS, CLERK


October 5, 2017 _____        s/ Blair K. Patton _____
DATE                         Deputy Clerk: Blair K. Patton